**JONATHAN J. EINHORN**
Attorney and Counselor At Law
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT  06510
(203) 777-3777
Facsimile (203) 782-1721
einhornlawoffice@gmail.com



January 20, 2015

Robin D. Tabora, Clerk
U.S. District Court
141 Church Street
New Haven, CT 06510

Re:   USA vs. Ian Bick
      No. 3:15cr1 (JAM)

Dear Madam Clerk:

As per the order of the Court I am holding Mr. Bick's passport in my file until further order of the Court. Mr. Bick has been released, and one of the conditions of his release is that I hold his passport, and that he not obtain a further passport.

Sincerely yours,

JONATHAN J. EINHORN

JJE:gab

cc:  Michael S. McGarry, Esq.
     Keith Barry (Probation Officer-Bridgeport)