UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15cr1 (JAM) |
| VS. | |
| IAN BICK | JANUARY 29, 2015 |

## MOTION TO MODIFY AND/OR CLARIFY CONDITIONS OF BOND

The undersigned moves that the conditions of his bond set by the Honorable Joan Margolis on January 9, 2015 be modified and/or clarified, and in support thereof the Defendant states as follows:

1. At the time of his release on January 9, 2015 the Defendant was ordered to close his Twitter and Facebook accounts so that he would not have any contact with "victims" in this case;

2. The Defendant is the sole owner of an entertainment business known as "The Youth LLC, dba Tuxedo Junction" in Danbury, Connecticut, which is a separate legal entity and which entity also has a Twitter and Facebook account;

3. That the Defendant uses the business Twitter and Facebook accounts and other social medial to promote and manage his entertainment business which business requires his personal involvement with its young clientele.

4. It is not clear from the Court's order on his release that The Youth LLC, dba Tuxedo Junction must also terminate its Facebook and Twitter accounts.

5. Closing the business Twitter and Facebook accounts would be a hardship to him as it would likely have a serious negative impact on his business.

WHEREFORE, the Defendant moves that the conditions of his release be modified and/or clarified to provide that the Defendant may continue to maintain his business Twitter and Facebook and other accounts solely for the purpose of promoting, managing and operating his business on the condition that he has no contact with any person who the Government has identified as a "victim" in this case.

        THE DEFENDANT

        */s/ Jonathan J. Einhorn*
        JONATHAN J. EINHORN
        129 WHITNEY AVENUE
        NEW HAVEN, CT 06510
        FEDERAL BAR NO. ct00163
        203-777-3777

## CERTIFICATION

I hereby certify that on this 29th of January, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.

        /s/ *Jonathan J. Einhorn*
        JONATHAN J. EINHORN