UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15cr1 (JAM) |
| VS. | |
| IAN BICK | OCTOBER 20, 2015 |

## MOTION FOR TRAVEL

The undersigned requests permission to travel to Worcester, MA for a business event involving Hyperglow, which promotes various music shows at the Defendant's business facility in Danbury known as Tuxedo Junction.

The Defendant will leave his home in Danbury at 5:00 p.m. on Saturday, October 24, 2015 and return home on Sunday, October 25, 2015 by 2:00 p.m.  The event itself is scheduled to run from 8:00 p.m. to 2:00 am.  The Defendant has a reservation at the Suburban Extended Stay Hotel in Worcester, MA as per the attached confirmation.

The Defendant had previously made this request directly with the U.S. Probation office, but because of the government's objection the request cannot be approved by Probation.  Assistant U.S. Attorney Mike McGarry objects to the Defendant's travel request.

The sole purpose for this brief visit from Danbury to Worcester, MA is solely for business purposes.  He can check in with the Probation Office upon his arrival in

Worcester and upon his departure from Worcester.

                         THE DEFENDANT, IAN BICK

                         */S/ Jonathan J. Einhorn*

                         JONATHAN J. EINHORN
                         129 WHITNEY AVENUE
                         New Haven, CT   06510
                         (203) 777-3777
                         Fed Bar No. ct 00163

                                  <u>CERTIFICATION</u>

      I hereby certify that on this 20th day of October, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.

                         /s/ *Jonathan J. Einhorn*
                         JONATHAN J. EINHORN