Crim-Trial (4/2/12)

HONORABLE: **Jeffrey Alker Meyer**
DEPUTY CLERK **Y. Gutierrez**          RPTR/ECRO/TAPE **Diana Huntington**
TOTAL TIME: **6** hours **58** minutes    USPO _____    INTERPRETER _____
DATE: **11/6/2015**    START TIME: **8:38**    END TIME: **4:29**
LUNCH RECESS    FROM: **12:18**    TO: **1:11**
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. **3:15-cr-00001-JAM**    Deft # **1**

| UNITED STATES OF AMERICA | **Michael McGarry, C. Schmeisser** |
|---|---|
| vs | AUSA |
| **Ian Parker Bick** | **Jonathan J. Einhorn** |
|  | Defendant's Counsel |

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of **12** and **4** alternates report [x] Jury sworn.
- [ ] Juror # _____ excused [ ] Alternates excused
- [ ] Deft _____ Failed to appear. Bench warrant issued.
- [x] [ ] Jury Trial held [x] Jury Trial continued until **11/9/2015** at **8:30**
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [x] ..# Deft **Bick** motion **in LimineRe: "Victim" Character** [ ] granted [x] denied *in part* [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Govt's motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ..# Govt's motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Deft _____ oral motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Deft _____ oral motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Govt's oral motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Govt's oral motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] _____ [ ] filed
- [ ] [ ] Government rests [ ] Defendant _____ rests
- [ ] [ ] Summation held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Indictment [ ] Information [ ] Verdict form handed to the Jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [ ] SEE [ ] page II [ ] for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____