Crim-Trial (4/2/12)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: Y. Gutierrez                RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 7 hours 25 minutes   USPO _____   INTERPRETER _____
DATE: 11/19/2015   START TIME: 8:39   END TIME: 5:43
LUNCH RECESS   FROM: 12:25   TO: 1:21
RECESS (if more than ½ hr)   FROM: 4:11   TO: 4:54

CRIMINAL NO. 3:15-cr-00001-JAM         Deft # 1

UNITED STATES OF AMERICA                     M. McGarry and C. Schmeisser
                                              AUSA
vs
Ian Parker Bick                               Jonathan J. Einhorn
                                              Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

[x] ........ Jury of 12  and 4  alternates report ☐ Jury sworn.
[ ] ........ ☐ Juror # _____ excused ☐ Alternates excused
[ ] ........ Deft _____ Failed to appear. Bench warrant issued.
[x] ........ [x] Jury Trial held  [x] Jury Trial continued until 11/20/2015 at 8:30 AM
[ ] ........ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
[ ] ..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ] ..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ] ..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ] ..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ] ..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
[ ] ..#___ Govt's motion _____ ☐granted ☐ denied ☐ advisement
[ ] ........ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
[ ] ........ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
[ ] ........ Govt's oral motion _____ ☐granted ☐ denied ☐advisement
[ ] ........ Govt's oral motion _____ ☐granted ☐ denied ☐ advisement
[ ] ........ _____ ☐ filed
[ ] ........ _____ ☐ filed
[ ] ........ _____ ☐ filed
[ ] ........ _____ ☐ filed
[ ] ........ _____ ☐ filed
[ ] ........ _____ ☐ filed
[ ] ........ ☐ Government rests ☐ Defendant _____ rests
[ ] ........ ☐ Summation held ☐ Court's Charge to the Jury
[ ] ........ All full exhibits, ☐Indictment ☐ Information ☐ Verdict form handed to the Jury
[ ] ........ Jury commences deliberations at _____
[ ] ........ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
[x] ........ SEE [x] page II ☐ for additional entries
[x] ........ Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

☐......... Court declares MISTRIAL as to Defendant _____
☐......... Jury Verdict filed
☐......... Oral Verdict
☐......... Court Verdict
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... Court accepts verdict and orders verdict verified and recorded
☐......... Jury polled
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Prob 246B Order for PSI & Report
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Deft _____ REMANDED to custody
☐......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS

Conference Charge Held _____

_____

_____

_____

_____

_____

_____